(116 So. 902)
Shelly WINDHAM v. CITY OF ANDALUSIA.
(4 Div. 386.)

Supreme Court of Alabama. May 10, 1928.

Certiorari to Court of Appeals.

A. Whaley, of Andalusia, for petitioner.
E. O. Baldwin, of Andalusia, opposed.

SOMERVILLE, J. Petition of Shelly Windham for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Windham v. City of Andalusia, 116 So. 900.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.